# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Stacy Harrell, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00282-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Gastonia, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 28, 2012 Order.

Signed: December 28, 2012

*Frank G. John*

Frank G. Johns, Clerk
United States District Court